KATHLEEN A. LEAVITT  
Chapter 13 Bankruptcy Trustee  
District Of Nevada  
201 Las Vegas Blvd South, Suite 200  
LAS VEGAS, NEVADA 89101  
(702) 853-0713  

RECEIVED & FILED  

MAR 24  9 50 AM '11  

U.S. BANKRUPTCY COURT  
MARY A. SCHOTT, CLERK  

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA  

RE:   ROMEO BALISALISA and  
      JOSEPHINE BALISALISA  

BK-S 09-14760-MKN  
Chapter 13  

### NOTICE OF UNCLAIMED FUNDS  

TO:   Clerk, United States Bankruptcy Court  
From: Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee  

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.  

| Claim# | Claimant & Address | CAS 106000 | CAS 163300 |
|---|---|---|---|
| DEBTOR REFUND | Romero & Josephina Balisalisa<br>7569 MORNING BROOK DRIVE<br>Las Vegas, NV 89131 | | $988.94 |
| | Total. | | $988.94 |

Date  
MAR 24 2011  

*Kathleen A. Leavitt, Trustee*  
Kathleen A. Leavitt  
Chapter 13 Bankruptcy Trustee  

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 goes into CAS 613300. The amounts that are to be deposited into the Registry can be written on one check.  
Cc:   Randolph Goldberg, Esquire  

200776   988.94